UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

TOMATRAGAMALIEL MINOR

Debtor

Chapter 13

Case No. 18-12874-KHK

**MOTION TO DISMISS WITH PREJUDICE,
NOTICE OF MOTION TO DISMISS WITH PREJUDICE
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case with prejudice to refiling. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)** - Lack of Good Faith.
- This is Debtor's fourth case in just over two years as follows:

  **16-10614-KHK Tomatragamaliel Minor**
  Chapter: 13 Date filed: 02/23/2016 Plan confirmed: 09/16/2016
  Debtor dismissed: 02/28/2017
  Dismissed on Trustee's Motion to Dismiss for material default

  **17-12851-BFK Tomatragamaliel Minor**
  Chapter: 13 Date filed: 08/22/2017
  Debtor dismissed: 12/05/2017
  Dismissed upon Denial of Confirmation

  **18-10206-BFK Tomatragamaliel Minor**
  Chapter: 7 Date filed: 01/18/2018
  Debtor discharged: 07/09/2018

- Debtor does not appear to have the ability to make the proposed Plan payment, and has not proposed a good faith Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Notice and Motion to Dismiss with Prejudice**
Tomatragamaliel Minor, Case #18-12874-KHK

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on October 25, 2018 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __October 4, 2018____          ___/s/ Thomas P. Gorman____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, #400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

**Notice and Motion to Dismiss with Prejudice**
Tomatragamaliel Minor, Case #18-12874-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 4th day of October, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss with Prejudice, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Tomatragamaliel Minor | Robert Sergio Brandt |
| Chapter 13 Debtor | Attorney for Debtor |
| 2427 Brookmoor Lane | 1513 King Street |
| Woodbridge, VA 22191 | Alexandria, VA 22314 |

                                                  __/s/ Thomas P. Gorman_____
                                                  Thomas P. Gorman